UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| LEON SPENCER PATTERSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV 611-042 |
| ) | (CR 607-031) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

### ORDER

Currently before the Court is the government's motion to set deadline for its response to Patterson's Memorandum of Law. After consideration of all applicable facts and circumstances,

**IT IS HEREBY ORDERED** that the government's motion is granted and that the government shall file a response to Patterson's Memorandum of Law no later than *August 1*, 2011.

This *6th* day of July, 2011.

HON. G.R. SMITH
UNITED STATES MAGISTRATE JUDGE

1