# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 6:07CR00031-1 |
| | ) | |
| Leon Spencer Patterson | ) | |
| aka "Lee," aka "Major" | ) | |

## ORDER

On February 16, 2017, Defendant filed a motion to terminate his supervised release term. In support of his motion, Defendant states that the cost of supervision and other factors justify terminating his supervised release term prior to the expiration date.

The Court notes that while Defendant has thus far reportedly been in full-compliance with the terms and conditions of supervision, he has only served less than one year of a two-year term of supervised release. The Court also notes that Defendant's previous supervised release term was revoked for committing a violent offense. The Court does not deny that Defendant has performed well on supervised release, but Defendant has not completed enough of his supervised release term to warrant early termination.

**THEREFORE, IT IS ORDERED** that Defendant's motion for termination of his supervised release term is **DENIED**.

SO ORDERED this 10th day of MARCH, 2017.

William T. Moore, Jr.
Judge, U.S. District Court