FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 14 AM 10:53
CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 6:07CR00031-1 |
| ) | |
| Leon Spencer Patterson ) | |
| aka "Lee," aka "Major" ) | |

## ORDER

On February 20, 2018, Defendant filed a motion to terminate his supervised release term. In support of his motion, Defendant cites numerous factors which he claims justify terminating his supervised release term prior to the expiration date.

The Court notes that Defendant filed similar motions in February 2017 and June 2017 which were denied. As to Defendant's current supervised release term, the probation office reports that Defendant has thus far been in full compliance with the terms and conditions of supervision. The Court, however, notes that Defendant's previous supervised release term was revoked for committing a violent offense. Although Defendant has performed well on supervised release, termination from supervised release is not appropriate in this case.

**THEREFORE, IT IS ORDERED** that Defendant's motion for termination of his supervised release term is **DENIED**.

SO ORDERED this 14th day of March, 2018.

William T. Moore, Jr.
Judge, U.S. District Court