UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CASE NO: 6:07-CR-031-1 |
| LEON SPENCER PATTERSON, | ) ) ) |
| Defendant, | ) ) ) ) |
| LAMBERT'S CABLE SPLICING COMPANY, LLC, | ) ) ) |
| Garnishee. | ) |

### ORDER

This matter is before the Court on the Government's request for a Final Order of Garnishment, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3205(c)(7) of the Federal Debt Collection Procedures Act, against the substantial nonexempt property belonging to or due to Defendant. Also before the Court is Defendant's request for a hearing to consider the Writ of Garnishment issued in the above-captioned case.

Plaintiff, the United States of America, filed an Application for Writ of Garnishment seeking substantial nonexempt property belonging to or due to Defendant and held by the Garnishee. Doc. 940. A Writ of Garnishment and the accompanying documents was duly issued and served on the Garnishee. Doc. 943. The Garnishee filed its Answer, indicating the disposable earnings in its possession, custody, or control due to Defendant. Doc. 946.

Served with the Writ of Garnishment and appropriate instructions, Defendant filed a request for a hearing within twenty days. Doc. 947. Upon the Government's objection (Doc.

949), Defendant filed a letter setting forth various grounds for his requested hearing. Doc. 950. The Government responded in agreement that Patterson should receive an exemption in disposable income in the amount prescribed by his pre-existing and validly adjudicated child support payment order. Doc. 951. The Government maintains that Defendant's other requests are not valid claims for exemption. *Id.*

Having considered the entirety of the record, including the parties' positions on asserted exemptions, the Court denies the Defendant's request for a hearing and grants the United States' Motion for Entry of Final Order of Garnishment and orders as follows:

THIS COURT ORDERS that Lambert's Cable Splicing Company, LLC, as Garnishee, shall withhold and pay 25% of Defendant Leon Spencer Patterson's disposable earnings for each work week to the United States as partial payment of Defendant's outstanding criminal judgment, commencing within 30 days from the date of this Order, and continuing until the judgment is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to Defendant, or until further Order of this Court, whichever comes first.

The Court finds that Defendant is required by a judgment of a court of competent jurisdiction, entered prior to the date of this Order, to contribute to the support of his minor child(ren). The Garnishee is therefore directed to exempt the amount of Defendant's salary, wages, or other income as is necessary to comply with this child support judgment when calculating Defendant's disposable earnings for each work week. 26 U.S.C. § 6334(a)(e).

The Garnishee is further ordered that, in the event Defendant's pre-existing child support judgment is modified via a valid court order, that the Garnishee shall subtract the newly modified amount of child support from the disposable income to be withheld for the

levy in this case.

IT IS ORDERED that payment by the Garnishee under this Order shall be made by check bearing case number CASE NO: 6:07-CR-031-1, payable to "Clerk, U.S. District Court," and delivered to the United States District Court Clerk, P.O. Box 8286, Savannah, Georgia, 31412.

IT IS ORDERED that the funds already received by the Clerk of Court shall be disbursed to Defendant-Judgment Debtor's current criminal judgment balance.

IT IS FURTHER ORDERED that the Garnishee shall provide written notification of the date and amount of the payment delivered to the Clerk of Court under this Order to Defendant-Judgment Debtor, Leon Spencer Patterson, and with copies to the United States Attorney's Office, Attention Financial Litigation Unit, P.O. Box 8970, Savannah, GA 31412.

IT IS SO ORDERED this 22ND day of MAY 2020.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA